**Order filed August 22, 2013**



## In The

# Eleventh Court of Appeals

_____

## No. 11-11-00262-CV

_____

## MR. W FIREWORKS, Appellant

## V.

## SOUTHWEST ROYALTIES, INC., Appellee

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-123,890**

### O R D E R

Scott M. Tidwell filed a notice of appeal on behalf of Appellant, Mr. W Fireworks. It has come to this court's attention that Tidwell's license to practice law in this state has been suspended. Tidwell, however, is still listed as the attorney of record for Appellant in this cause. We abate this appeal and remand the cause to the trial court so that it may determine the status of the representation of Appellant.

The trial court is requested to determine whether Appellant is currently represented by counsel or will be obtaining new counsel in a timely manner and, if not, whether Appellant wishes to pursue this appeal without counsel. The trial court is directed to notify this court of its findings, including the name and address of Appellant's new counsel—if any, on or before September 23, 2013.

This appeal is abated.

PER CURIAM

August 22, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Herod.[1]

---

[1]Steven R. Herod, Judge, 91st District Court, Eastland, sitting by assignment.